UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. <u>12-10087</u> |
| | ) |
| Robert Petrino | ) |
| | ) |

ORDER OF THE COURT TO REDUCE THE DEFENDANT'S TERM OF SUPERVISED RELEASE BY ONE YEAR.

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of **March 14, 2102**, Robert Petrino's term of supervised release is reduced by one year following his successful completion of the Court Assisted Recovery Effort.

_____
HON. ~~William G. Young~~ Patti B. Saris
UNITED STATES DISTRICT JUDGE