◆AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FILED District of _____ Massachusetts _____

IN CLERKS OFFICE

UNITED STATES OF AMERICA

2012 JUN 12  A 9: 48

V.

ROBERT PETRINO, SR.

**WARRANT FOR ARREST**

Case Number:   1:12-cr-10087-WGY-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROBERT PETRINO, SR. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ✓ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Supervised Release

in violation of _____ 18 _____ United States Code, Section(s) _____ 3606 _____

| Jennifer Gaudet | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Jennifer Gaudet | 5/31/2012 Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ ||||
| WARRANT EXECUTED by USMS CX BY ARREST ... ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | 6/4/2012 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | | |